IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | |
| )   | |
| Plaintiff,   )   | |
| )   | |
| vs.   )   | Case No. 15-cr-30067-MJR |
| )   | |
| ARTHUR C. HAWKES, JR.,   )   | |
| )   | |
| Defendant.   )   | |

## MEMORANDUM AND ORDER

**REAGAN, Chief Judge:**

Indicted on a charge of possession with intent to distribute methamphetamine, Arthur Hawkes was set for trial on October 5, 2015. When defense counsel filed Rule 12.2 notices, the United States moved for examinations of Hawkes' competence to stand trial and sanity at the time of the offense. The Court granted the motions, evaluations were completed, and reports were filed under seal herein (Docs. 30-31). At a hearing in open court on January 29, 2016, the undersigned took judicial notice of both reports, found Defendant to have been sane at the time of the charged offense, and declared Defendant competent to proceed to trial or plea.

Specifically, the Court concluded that Defendant is not presently suffering from any mental disease/defect that renders him unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court also concluded that, at the time of the offense, Defendant was able to understand the nature and quality of his actions and appreciate the wrongfulness of his conduct.

Defendant then announced his decision, after close and thorough consultation with counsel, to proceed to an open plea herein.

IT IS SO ORDERED.

DATED January 29, 2016.

**s/ Michael J. Reagan**
Michael J. Reagan
Chief Judge
United States District Court
